UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 0 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) No. | 4:14CR00326 AGF |
| ERIC A. EISEN, | ) | |
| Defendant. | ) | |

## INFORMATION

## COUNT ONE AND TWO

The United States Attorney charges that:

On or about the dates set forth below, in the Eastern District of Missouri, and elsewhere,

**ERIC A. EISEN**

the Defendant, did knowingly engage and attempt to engage in the following monetary transactions by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the, exchange of U.S. funds, such property having been derived from a specified unlawful activity, that is, interstate travel in aid of racketeering and promotion of gambling.

| COUNT | DEFENDANT | DATE | MONETARY TRANSACTION |
|---|---|---|---|
| One | Eric A. Eisen | February 18, 2011 | Cashing of $17,000 check at Ameristar casino |
| Two | Eric A. Eisen | March 14, 2011 | Transfer of $40,000 between accounts at PNC Bank and Royal Banks of Missouri |

All in violation of Title 18, United States Codes, Sections 1957 and 2.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

UNITED STATES OF AMERICA        )
EASTERN DIVISION                )
EASTERN DISTRICT OF MISSOURI    )

I, Thomas C. Albus, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
THOMAS C. ALBUS, #46224MO

Subscribed and sworn to before me this 1ST day of October 2014.

*[signature]* Greg Linhares
CLERK, U.S. DISTRICT COURT

By: *[signature]* Elizabeth Kirkland
DEPUTY CLERK